IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case. **2:22-cv-01227** |
| ) | |
| U LOCK INC., ) | |
| —--------------------------------------) | |
| SHANNI SNYDER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| U LOCK INC., *et al*, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

**MOTION TO DISMISS AS MOOT**

Shanni Snyder ("Snyder") moves this Court to dismiss this appeal as moot:

1. Snyder appealed the Order of the bankruptcy court dismissing her adversary case without prejudice.

2. Normally appeals from dismissals without prejudice are inappropriate as the error can be corrected and the case filed again.

3. However, because the bankruptcy court dismissed the case based on Snyder's lack of standing, she had to appeal that finding to refile her case later. Specifically, Snyder's position was that she had partial standing and her Chapter

    7 Trustee had partial standing, but neither had exclusive standing.

4. On February 14, 2023, the bankruptcy court in *In re Shanni Snyder* approved a settlement with her Trustee to provide her standing. Specifically, the stipulation gives her standing and also abandons the Trustee's interest except that Snyder will pay $32,500 if she ultimately collects money.

5. Therefore, this appeal is moot as the issue of standing is now resolved and Snyder is free to file whatever is necessary in any appropriate forum.

WHEREFORE Appellant Shanni Snyder respectfully requests that this appeal be dismissed as moot.

Respectfully submitted,

/s/ *Shanni Snyder*

_____
Shanni Snyder
14390 Route 30
Irwin PA 15642
shannis@pm.me

APPELLANT