IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case. **2:22-cv-01227** |
| ) | |
| U LOCK INC., ) | |
| —-------------------------------------) | |
| SHANNI SNYDER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| U LOCK INC., *et al*, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

### **ORDER**

AND NOW, this ____ day of _____, 2023, upon consideration of the Motion to Dismiss as Moot and the Order dated February 14, 2023, of the United States Bankruptcy Court for the Western District of Pennsylvania in *In re: Shanni Snyder*, 18-21983, providing Ms. Snyder with standing to pursue remedies, this appeal related to Ms. Snyder's lack of standing is MOOT. Therefore, the motion to dismiss is GRANTED without prejudice.

By the Court:

_____
United States District Judge